JANE W. CERVANTES, ESQUIRE
California Bar No. 262353
Chermol & Fishman, LLC
10808 Foothill Blvd
Suite 160, #520
Rancho Cucamonga, CA 91730
P: 215-464-7200
F: 888-722-4670
Email: fdc@ssihelp.us
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA ROSE MULHOLLAND, | Case No.: 2:24-cv-01857-DJC-DMC |
| Plaintiff, | |
| v. | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

AND NOW, this 10th day of January, 2025, having considered Plaintiff's Unopposed Motion for Attorney's Fees, it is hereby ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $7,700.00 and costs in the amount of $405.00. Subject to any offset under the Treasury Offset Program, all payments made shall be delivered via the office of Plaintiff's Counsel.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE