JANE W. CERVANTES, ESQUIRE
California Bar No. 262353
Chermol & Fishman, LLC
10808 Foothill Blvd
Suite 160, #520
Rancho Cucamonga, CA 91730
P: 215-464-7200
F: 888-722-4670
Email: fdc@ssihelp.us
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

VERONICA ROSE MULHOLLAND,

    Plaintiff,

     v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No.:   2:24-cv-01857-DJC-DMC (SS)

**ORDER**

AND NOW, this 13th day of January 2026, having considered the Motion for Attorney's Fees under 42 U.S.C. § 406(b) and any responses thereto, it is hereby ORDERED that such motion is GRANTED.  Counsel Cervantes is awarded attorney fees in the amount of $23,652.50. To effectuate the EAJA refund in this matter, SSA will make a net payment of only $15,952.50 to counsel Cervantes.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1
ORDER